EILEEN M. DECKER
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
VALERIE MAKAREWICZ
Assistant United States Attorney (Bar No. 229637)
Room 7211 Federal Building
300 North Los Angeles Street
Los Angeles, CA 90012
Telephone: (213)894-2729
Facsimile: (213) 894-0115
E-Mail: Valerie.Makarewicz@usdoj.gov
GREGORY S. SEADOR (D.C. Bar No. 478236)
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 7238
Washington, D.C.  20044
Telephone: (202) 514-6502
Facsimile: (202) 514-6770
E-Mail: gregory.s.seador@usdoj.gov
*Attorneys for the United States of America*

JS-6

IN THE UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 8:16-cv-00083-JVS-DFM |
| | ) | |
| v. | ) | |
| | ) | **PERMANENT INJUNCTION** |
| STACY JOHN SANCHEZ, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**ORDER**

The United States of America filed a Complaint for Permanent Injunction and Other Relief against Stacy J. Sanchez.  Sanchez consents to the entry, without further notice, of this permanent injunction.

**NOW**, **THEREFORE**, it is accordingly **ORDERED AND DECREED** that:

1.     This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1340 and 1345, and 26 U.S.C. §§ 7402(a), 7407 and 7408(a).

2.     Pursuant to 26 U.S.C. §§ 7402, 7407 and 7408, that Sanchez, and his officers, agents, servants and employees and/or the officers, agents, servants and employees of SL Ventures, Inc., and anyone acting in active concert or participation with them are **PERMANENTLY ENJOINED**, from directly or indirectly, by use of any means or instrumentalities:

A.     Acting as a federal tax return preparer or requesting, assisting in, advising with respect to, or directing the preparation or filing of federal tax returns or amended returns (or other related tax forms or documents) for any person or entity other than preparing Stacy J. Sanchez's or his legal spouse's own personal tax return;

B.     Preparing or filing, or assisting in the preparation or filing of tax returns or other related tax forms or documents for others;

C.     Appearing as a representative on behalf of any person or entity before the IRS;

D.     Owning, managing, controlling, working for, profiting from or volunteering for a tax-return-preparation business;

E.     Seeking permission or authorization (or helping or soliciting others to seek permission or authorization) to file tax returns with an IRS Preparer Tax Identification Number ("PTIN") and/or IRS Electronic Filing Identification Number ("EFIN"), or any other IRS service or program by which one prepares or files tax returns;

F.     Using, maintaining, renewing, obtaining, transferring, selling, or assigning any PTIN(s) and EFIN(s); and

G.     Engaging in conduct designed or intended to, or having the effect of, obstructing or delaying an IRS investigation or audit.

**IT IS FURTHER ORDERED** that Stacy J. Sanchez shall surrender any existing PTIN(s) or EFIN(s) registered in his name or in any name used for any purpose by Sanchez;

**IT IS FURTHER ORDERED** that the United States will be allowed full post-judgment discovery to monitor compliance with the injunction; and

**IT IS FURTHER ORDERED** that the Court will retain jurisdiction over this action for purpose of implementing and enforcing the final judgment and any additional orders necessary and appropriate to the public interest.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Signed this 15th day of March, 2016.

_____
JAMES V. SELNA
United States District Judge

[PROPOSED] ORDER OF PERMANENT INJUNCTION